**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard Bourke                       Anna Van Cleave
La Capital Assistance Center         La Capital Assistance Center
636 Baronne St.                      636 Baronne Street
New Orleans LA 70113                 New Orleans, LA 70113

**REHEARING ACTION: May 11, 2011**

**Docket Number: 10   00969-KA**

**STATE OF LOUISIANA**
**VERSUS**
**RICKY JOSEPH LANGLEY**

**Appealed from Calcasieu Parish Case No. 10258-02**

**BEFORE JUDGES:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. Sylvia R. Cooks**
     **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ricky Joseph Langley** has this day been

     **DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
   Carla Sue Sigler, Counsel for the Appellee